**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCENIC AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, RAY LAHOOD, FEDERAL HIGHWAY ADMINISTRATION, and VICTOR MENDEZ,<br><br>    Defendants,<br><br> and<br><br>OUTDOOR ADVERTISING ASSOCIATION OF AMERICA, INC.,<br>1850 M Street, N.W., Suite 1040,<br>Washington, DC 20036,<br><br>    Proposed Intervenor-Defendant | Civil Action No. 13-cv-0093 (JEB) |

**MOTION TO INTERVENE**
**OF OUTDOOR ADVERTISING ASSOCIATION OF AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 24, the Outdoor Advertising Association of America, Inc. (OAAA), hereby moves this Court for leave to intervene in this proceeding as a defendant. OAAA seeks intervention as of right under Rule 24(a)(2) or, in the alternative, permissive intervention under Rule 24(b)(1). In support of this motion, OAAA submits the accompanying Memorandum In Support, Declaration of Nancy Fletcher, and Proposed Order.

Pursuant to Rule 12(a)(2), Defendants to this action, federal agencies and their officers, are not required to answer or otherwise respond to the Complaint until sixty days after service. Because this action is at an early stage and Defendants are not required to respond for some time,

OAAA proposes that it participate in this litigation on the same schedule as Defendants, and therefore requests permission to defer submitting a responsive pleading until the date by which Defendants are required to respond to the Complaint.  *See* 6 Moore's Federal Practice § 24.20 (Matthew Bender 3d ed.) (noting that "a court may approve an intervention motion that is not accompanied by a pleading if the court is otherwise apprised of the grounds for the motion."); *Massachusetts v. Microsoft Corp.*, 373 F.3d 1199, 1236 n.19 (D.C. Cir. 2004) (granting intervention despite absence of pleading when the parties had notice of the grounds for the motion); *see also EEOC v. Nat'l Children's Center, Inc.*, 146 F.3d 1042, 1045–46 (D.C. Cir. 1998).

In accordance with Local Civil Rule 7(m), counsel for OAAA has conferred with counsel for each party about OAAA's proposed intervention prior to filing this motion.  Plaintiff does not oppose OAAA's motion to intervene.  Counsel for OAAA contacted counsel for Defendants on February 28, 2013, but, as of the date of this filing, Defendants have not yet taken a position on the motion.

    Respectfully submitted,

By: s/Kannon K. Shanmugam
Barry S. Simon (#245209)
Kannon K. Shanmugam (#474304)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
T:  (202) 434-5000
F:  (202) 434-5029

*Counsel for Outdoor Advertising Association of America, Inc.*

Dated:  March 6, 2013